■ In the Matter of the Claim of EDWARD W. WAGNER, Respondent, against CITY PRODUCTS CORPORATION, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 1, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Cross motion by the appellants for an order directing the Workmen's Compensation Board to delete from its formal decision filed upon a prior appeal matters improperly included therein. Cross motion denied, without prejudice to its renewal upon the argument of the appeal herein. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MORANDI, Appellant.— Application for permission to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Application in all other respects denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ LESTER HAHN, Appellant, v. KEITH UNVERDORBEN et al., Respondents. NORMAN L. HAHN et al., as Administrators of the Estate of RUTH E. HAHN, Deceased, Appellants, v. KEITH UNVERDORBEN et al., Respondents. KEITH UNVERDORBEN, Plaintiff, v. LESTER HAHN, Defendant. ELLSWORTH SANDS, Plaintiff, v. LESTER HAHN, Defendant.— Application to place appeal upon the current calendar of this court. Application granted, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE G. SMITH, Appellant.— Motion to withdraw appeal. Motion granted. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of SIDNEY FRIEDMAN, Appellant, against FINKELSTEIN SEWING MACHINE Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MARION VAN DUSEN et al., Respondents, v. VITO LAMONACO et al., Appellants.— Application for a stay. Application denied, with $10 costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Arbitration between SOPHIE A. CALKA, Petitioner, and TOBIN PACKING Co., INC., et al., Respondents.— Application by petitioner-appellant for an order extending the time to file and serve brief herein from May 19, 1959 to May 21, 1959 and to place the appeal on the calendar for the current June Term of this court. Application for an order extending the time to serve and file brief granted, without costs. Application to place the cause on the calendar for the current term denied and the matter is passed until the September 1959 Term of this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ RICHARD J. BARRY et al., Appellants, v. TOWN OF GLENVILLE et al., Respondents.— Application for an order permitting the above appeal to be added to the calendar for the current term of this court. Application denied. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.